**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Edwin ESTRADA, Defendant–**
**Appellant.**

No. 12–41155
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

June 20, 2013.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Molly Estelle Odom, Esq., Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before KING, CLEMENT, and HIGGINSON, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Edwin Estrada raises an argument that he concedes is foreclosed by *United States v. Rodriguez–Escareno,* 700 F.3d 751, 753–54 (5th Cir.2012), *cert. denied,* —— U.S. ——, 133 S.Ct. 2044, 185 L.Ed.2d 902 (2013) (No. 12–9483). In *Rodriguez–Escareno,* this court held that a conviction for a federal drug trafficking offense and a conviction for the federal crime of conspiring to commit such an

offense will support a sentence enhancement under U.S.S.G. § 2L1.2(b)(1)(A)(i). *Rodriguez–Escareno,* 700 F.3d at 753–54. Estrada's sentencing challenge is foreclosed by *Rodriguez–Escareno.* The motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.